UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   15-22053 |
| DANIEL T. MONGOVEN and | ) | |
| SHAWN C. MONGOVEN | ) | Chapter: 7 |
| Debtors | ) | |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING THE AUTOMATIC STAY

This cause coming on to be heard on the motion of Glenview State Bank ("GSB"), for an order modifying the automatic stay herein for cause, due notice having been given, no objections having been made or if made overruled, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED:

1. The automatic stay is modified to allow Glenview State Bank to exercise its set off rights under Illinois law in the amount of $2,500.53 against the Debtors' deposit account, account no. 7382952;

2. Glenview State Bank shall disburse the balance of the funds in account no. 7382952 as follows:

Enter: *[signature]*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  August 10, 2015

**Prepared by:**

Richard H. Fimoff (#804886)
Robbins, Salomon & Patt, Ltd.
180 N. LaSalle Street, Suite 3300
Chicago IL  60601
312-456-0185
rfimoff@rsplaw.com